# CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY *v.* HADLEY, BY NEXT FRIEND.

[No. 6,056. Filed November 1, 1907.]

From Putnam Circuit Court; *Presley O. Colliver,* Judge.

Action by Vivian Hadley, by next friend, against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. From a judgment for plaintiff, defendant appeals. (For decision on merits see 170 Ind. —.) *Transferred to Supreme Court.*

*James L. Clark, Tarwin C. Grooms, George A. Knight* and *L. J. Hackney,* for appellant.

*T. S. Adams* and *S. A. Hays,* for appellee.

PER CURIAM.—This cause being submitted for determination to the entire court, and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under section fifteen of the act approved March 12, 1901 (Acts 1901, p. 565, §15, §1399 Burns 1908).

Hadley, J., did not participate.